**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JAMES WILLIAMS**

    Plaintiff,

v.                                      Case No. 8:10-mc-68-T-30TBM

**DAVEY TREE EXPERT COMPANY**

    Defendant.
_____/

## **ORDER**

THIS CAUSE comes before the Court sua sponte. After a review of the file, the Court directs the Clerk's Office to convert this miscellaneous case to a civil case. The Clerk is directed to make a direct assignment of the case to Judge James S. Moody, Jr. and Magistrate Judge Thomas B. McCoun, III.

**DONE** and **ORDERED** in Tampa, Florida on October 14, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2010\10-mc-68.convert to civil case.wpd